United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Kimberly Ann Stasik  
    Debtor

Case No. 25-03008-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 02, 2025      Form ID: ntcnfhrg      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Ann Stasik, 302 Oak Street, Duryea, PA 18642-1910 |
| 5751989 | + | Citicards CBNA Sunoco, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5751997 | + | FSB Mastercard, 1500 S Highline Avenue, Sioux Falls SD 57110-1003 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5751987 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2025 18:56:56 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 5753638 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2025 18:57:42 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5751988 | + | Email/Text: bankruptcy@cavps.com | Dec 02 2025 18:59:00 | Cavalry Portfolio Services, 500 Summit Lake Dr Ste 400, Vallhalla, NY 10595-2321 |
| 5751990 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2025 18:59:00 | Comenity Bank, PO Box 182120, Columbus OH 43218-2120 |
| 5751991 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2025 18:59:00 | Comenity Bank Ulta, PO Box 182120, Columbus OH 43218-2120 |
| 5751992 | + | Email/Text: bankruptcies@crownasset.com | Dec 02 2025 18:58:00 | Crown Asset Managment LLC, 3100 Breckinridge Blvd #725, Duluth, GA 30096-7605 |
| 5751994 | | Email/Text: BNSFN@capitalsvcs.com | Dec 02 2025 18:58:00 | First National Bank, 1500 S Highline Avenue, Sioux Falls SD 57110 |
| 5751993 | | Email/Text: BNSFN@capitalsvcs.com | Dec 02 2025 18:58:00 | First National Bank, 500 E 60th Street, Sioux Falls SD 57104 |
| 5751996 | | Email/Text: BNSFS@capitalsvcs.com | Dec 02 2025 18:58:00 | First Savings Credit Card, 500 E 60th Street N, Sioux Falls SD 57104 |
| 5751995 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 02 2025 19:08:02 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls SD 57107-0145 |
| 5753237 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 02 2025 18:59:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5759533 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 02 2025 18:59:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5751998 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 02 2025 18:59:00 | Jefferson Capital Systems, 200 14th Ave E, Sartell MN 56377-4500 |
| 5751999 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2025 19:07:55 | LVNV Funding, PO Box 1269, Greenville SC 29602-1269 |
| 5752881 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2025 18:57:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5756963 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 02 2025 19:07:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5752000 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Dec 02 2025 19:07:53 | Merrick Bank, 10705 S Jordan Gtwy Suite 200, South Jordan, UT 84095-3977 |
| 5752001 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Dec 02 2025 18:59:00 | Midland Credit Management Inc, 320 East Big Beaver Suite 300, Troy MI 48083-1271 |
| 5752002 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Dec 02 2025 18:58:00 | PNC Bank, PO Box 747032, Pittsburgh PA 15274 |
| 5752003 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 02 2025 19:08:02 | Portfolio Recovery Associates, 120 Corporate Blvd Suite 100, Norfolk, VA 23502 |
| 5752004 | | Email/Text: signed.order@pfwattorneys.com | | |
| | | | Dec 02 2025 18:58:00 | Pressler Felt & Wasrshaw, 7 Entin Road, Parsippany NJ 07054, Attn Christopher Carfango Esq. |
| 5752005 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Dec 02 2025 18:58:00 | TD Bank USA Target, PO Box 673, Minneapolis MN 55440-0673 |
| 5752006 | + | Email/Text: jcissell@bankofmissouri.com | | |
| | | | Dec 02 2025 18:58:00 | The Bank of Missouri, PO Box 400, Dixon MO 65459-0400 |
| 5752007 | + | Email/Text: UpStart@ebn.phinsolutions.com | | |
| | | | Dec 02 2025 18:59:00 | Upstart Loan Operations, PO Box 1503, San Carlos CA 94070-7503 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5752882 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 04, 2025         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| John Fisher | on behalf of Debtor 1 Kimberly Ann Stasik johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kimberly Ann Stasik,
aka Kimberly A Stasik,

**Debtor 1**

Chapter 13

Case No. 5:25−bk−03008−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 1, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 8, 2026<br><br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 2, 2025 |

ntcnfhrg (08/21)